UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60220-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTINA KITTERMAN,

    Defendant.
_____/

## REPORT AND RECOMMENDATION
## ON MOTION TO APPOINT COUNSEL FOR APPEAL (DE 94)

This matter is before the Court on an Order of Referral (DE 95) issued by the Honorable Daniel T.K. Hurley, Senior District Court Judge for the Southern District of Florida, for proposed findings and recommended disposition of the motion to appoint counsel for appeal. (DE 94). Pursuant to the Order of Referral and in accordance with (1) 18 U.S.C. §§ 3006A(a)(2) and (c) of the Criminal Justice Act, 18 U.S.C. § 3001 to § 3013, 2) 11th Cir. R. Addendum Four, § (d)(2) of the 11th Cir. Plan Under the Criminal Justice Act, 3) this Court's Plan dealing with the Criminal Justice Act, and 4) S.D. Fla. L.R. 88.1 and 88.7, this Court held an *in camera* hearing on the pending motion on June 2, 2014, in West Palm Beach, Florida. The Defendant withdrew the motion on June 9, 2014. (DE 101)

Based on the foregoing, this Court **RECOMMENDS** that the motion to appoint counsel for appeal (DE 94) be **DENIED** as moot. **DONE and SUBMITTED** in Chambers this 12 day of June, 2014, at West Palm Beach in the Southern District of Florida.

*/s/ James M. Hopkins*
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Hon. Daniel T.K Hurley
counsel of record