UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60220-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CHRISTINA KITTERMAN,
    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the court upon the Report and Recommendation of a United States Magistrate Judge as to the motion from counsel representing the defendant in the above captioned case to be relieved of further responsibilities of representing the defendant; for the defendant to be declared indigent; and for the court to appoint Appellate Counsel. This court held an *in camera* hearing on June 2, 2014. The defendant withdrew the motion to appoint counsel, [DE 101] dated June 9, 2014. For that reason, it is

**ORDERED** and **ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. The motion to withdraw as counsel of record is **granted**.

3. The motion to be declared indigent and for the court to appoint Appellate Counsel is **denied** as **moot**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 16th day of June, 2014.

**copy furnished:**
Magistrate Judge James M. Hopkins
AUSA Paul Schwartz
Valentin Rodriguez, Esq.
Beverly Pohl, Esq.

Daniel T. K. Hurley
United States District Judge